# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF LOUISIANA

IN RE:      MARVIN W. ROSE            CASE NO. 09-11192

                                                   SECTION "A"

             DEBTOR                            CHAPTER 13

## AFFIDAVIT OF DEFAULT

**BEFORE ME**, the undersigned Notary Public, personally came and appeared:

_MARY K. ROMANS_,

a representative of Eastern Savings Bank, fsb ("Eastern"), who, after being duly sworn, did depose and say that:

He/She is the _SR. ASSET MANAGER_ for Eastern for the State of Louisiana, and in this capacity, is familiar with the account of Marvin W. Rose, and the payments received on the account.

Pursuant to the Order Approving Terms of Stipulation, signed October 29, 2009, the parties agreed that the debtor would make certain payments in satisfaction of the post-petition delinquency existing on his account.

It was also agreed that the automatic stay operative herein pursuant to 11 U.S.C.A. §362 would remain in effect so long as the debtor complied with the terms of the Order Approving Terms of Stipulation, and that if the debtor violated any of the terms contained therein, that the automatic stay would be lifted, without the necessity of a further hearing, to allow Eastern to commence and/or continue proceedings in the appropriate state court to enforce its mortgage and privilege.

The debtor, Marvin W. Rose, has failed to make the required payments in direct violation of

the terms of the Order Approving Terms of Stipulation by failing to timely pay the February through April, 2010, regular payments in the sum of TWO THOUSAND THREE HUNDRED EIGHTY-FOUR AND 18/100 ($2,384.18) and that the debtor's account is more than thirty (30) days post-petition delinquent.

_Mary H. Cromane_

SWORN TO AND SUBSCRIBED, Before Me, this 26 day of March, 2010, at Hunt Valley, Md.

_____
NOTARY PUBLIC

TERRY L. BROWN
NOTARY PUBLIC
STATE OF MARYLAND
My Commission Expires Aug. 30, 2012